**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Miguel ZUNIGA–SANCHEZ, Defendant—Appellant.**

No. 03–50619.

United States Court of Appeals, Ninth Circuit.

---

courts of this circuit except as provided by Ninth Circuit Rule 36–3.

1. The district court did grant a downward departure based on over-representation of criminal history.

Submitted Nov. 15, 2004.*

Decided Nov. 18, 2004.

U.S. Attorney, Robert Stuart, USSD—Office of the U.S. Attorney, San Diego, CA, for Plaintiff-Appellee.

Michelle Betancourt, FDSD—Federal Defenders of San Diego, Inc., San Diego, CA, for Defendant-Appellant.

Before: LEAVY, MCKEOWN, and BERZON, Circuit Judges.

MEMORANDUM **

Miguel Zuniga–Sanchez appeals his jury conviction and sentence for importation of marijuana and possession of marijuana with intent to distribute. Zuniga–Sanchez contends that under *Apprendi v. New Jersey*, 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000), the statutes under which he was convicted, 21 U.S.C. §§ 841, 952, and 960, are facially unconstitutional. Zuniga–Sanchez also contends that *United States v. Buckland*, 289 F.3d 558 (9th Cir. 2002) (en banc), and *United States v. Mendoza–Paz*, 286 F.3d 1104 (9th Cir.2002), which rejected challenges to the constitutionality of the drug statutes, are no longer binding precedent after *Harris v. United States*, 536 U.S. 545, 122 S.Ct. 2406, 153 L.Ed.2d 524 (2002).

As Zuniga–Sanchez acknowledges, these contentions are foreclosed by *United States v. Hernandez*, 322 F.3d 592 (9th

Cir.2003) (holding that *Buckland* and *Mendoza–Paz* survived *Harris* ).

**AFFIRMED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

